ORIGINAL
1983 FORM Rev. 01/2008

Ernest S. Silva II A3000752
Name and Prisoner/Booking Number

Kauai Community Correctional Center
Place of Confinement

3-5351 Kuhio Hwy
Mailing Address

Lihue, HI 96766
City, State, Zip Code

*[Margin notes: LEK BMK PSA, original two-sided to re-sided]*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 11 2015
at 12 o'clock and 55 min. P.M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

Ernest Simon Silva II
(Full Name of Plaintiff)

Case No. CV15 00172 LEK BMK
(To be supplied by the Clerk)

vs.

Johnathan Silva

Joey Kaneakau

Dept of Public Safety

Kauai Community Correctional Center
(Full Names of Defendants; DO NOT USE et al.)

PRISONER CIVIL RIGHTS COMPLAINT
Jury trial Demanded!

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

    a. ☒ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
    b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
    c. ☐ Other: (Please Specify) _____

2. Plaintiff: Ernest Simon Silva II

    Institution/city where violation occurred: Kauai Community Correctional Center Holding cell 3

3. First Defendant*: Johnathan Silva Correctional officer

This defendant is a citizen of (state and county) Hawaii  Kauai,
and is employed as:

Correctional officer (ACO) at Kauai Community Correctional Center
(Position and Title)                    (Institution)

This defendant is sued in his/her ___ individual ✓ official capacity (check one or both). Explain how

1

Mailed On
Date Entire document to prisoner

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
defendant Johnathan Silva is a correctional officer and works for the Department of Public Safety at Kauai Community Correctional Center.

4. Second Defendant: Joey Kaneakau Correctional Officer.

This defendant is a citizen of (state and county) Hawaii Kauai, and is employed as:

Correctional Officer (A.C.O) (Position and Title) at Kauai Community Correctional Center. (Institution)

This defendant is sued in (his)/her ___ individual ✓ official capacity (check one or both). Explain how this defendant was acting under color of law:

defendant Joey Kaneakau is a Correctional officer and works for the Department of Public Safety at Kauai Community Correctional Center.

5. Third Defendant: Kauai Community Correctional Center. Dept. of. Public Safety.

This defendant is a citizen of (state and county) Hawaii Kauai, and is employed as:

Department of Public Safety (Position and Title) at Kauai Community Correctional Center. (Institution)

This defendant is sued in his/her ___ individual ✓ official capacity (check one or both). Explain how this defendant was acting under color of law:
defendant is a State government Agency that is a correctional Center under the Department of Public Safety Kauai (K.C.C.C.)

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*   A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was actually involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the office or position the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

  "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

RECEIVED APR 28 2015

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner: ☐ Yes ☒ No

2. If your answer is yes, how many?: __N/A__ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a. Plaintiff __N/A__

      Defendants __N/A__

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): __N/A__

   c. Claims raised: __N/A__

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      __N/A__

   e. Approximate date of filing lawsuit __N/A__

   f. Approximate date of disposition __N/A__

4. Second previous lawsuit:

   a. Plaintiff __N/A__

      Defendants __N/A__

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): __N/A__

   c. Claims raised: __N/A__

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      __N/A__

   e. Approximate date of filing lawsuit __N/A__

   f. Approximate date of disposition __N/A__

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

   a. Plaintiff _N/A_

      Defendants _N/A_

   b. Court and Case Number (if federal court, identify the district; if state sourt, identify the county): _N/A_

   c. Claims raised: _N/A_

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

      _N/A_

   e. Approximate date of filing lawsuit _N/A_

   f. Approximate date of disposition _N/A_

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6. Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes _X_ No.

   **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
Right to Life. "The Eight Amendment" Cruel and unusual Punishment Cruel and unusual Punishment

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☒ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

On 2-14-15 while in Holding Cell #3 on Suicide Watch (S.W) (A.C.O) Joey Kaneakau was posted in Hallway outside of my cell and had open my cell door to Let (A.C.O) Johnathan Silva into my cell. (A.C.O) Joey Kaneakau then locked my cell door #3 with (A.C.O) Johnathan Silva in my cell. then (A.C.O) Joey Kaneakau went back to Sit in Hallway. (A.C.O) Johnathan Silva then confronted me by saying whats this I heard you said I was with your wife at the Bar (Rob's). thats when (A.C.O) Johnathan Silva kicked my lower Back that caused me to hit my forehead on the Brick wall while I was lying on the floor. then (A.C.O) Joey Kaneakau opened Door to Let (A.C.O) Johnathan Silva out.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
(A.C.O) Johnathan Silva Kicked my Lower Back when I was lying on Bed on Floor with my Back ed Faced him. and the Force of the Kick caused my forehead to ram into wall where I got a cut on my forehead.

5

1983 FORM Rev. 01/2008

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
the Fourteenth Amendment rights due Process and equal protection. due Process and equal protection

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

(A.C.O) Joey Kaneakau did Put my Safety in Jeopardy By Opening my Cell #5 door to Let (A.C.O) Johnathan Silva into my Cell that Caused my Safety to Be taken away while I was on (Suicide watch) S.w. Known as Safety watch. When I was Assaulted. While (A.C.O) Joey Kaneakau was Sitting in hallway on the outside of my Holding Cell #5 (A.C.O) Joey Kaneakau Did nothing to make Sure my Safety was not Abused. nothing was Done to Stop or Prevent the Assault.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
I was Kicked in Lower Back By (A.C.O) Johnathan Silva when (A.C.O) Joey Kaneakau opened Cell Door to Let (A.C.O) Johnathan Silva into my Cell.

6

1983 FORM Rev. 01/2008

## COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
The First Amendment Freedom of Speech
Freedom of Speech

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☒ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Defendants in this Area Retaliated against me Because of what was said about (A.C.O) Johnathan Silva Being with my wife at Bar. and that was lead to me getting Kicked in Lower Back that forced my Head to hit Brick wall.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.)
I Suffred Flom a cut on my Forehead when I was Kicked in Back while lying on Floor By (A.C.O) Johnathan Silva while (A-C.o) Joey Kameaku Sgt outside of cell and did nothing to Stop it!

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Judgement in my Favor in monetary Damages For Punitive Damages—mental and emotional Damages—Physical Damages and also For Cruel and unusual Punishment and For pain and Suffering in the Amount of $300,000 no Less than $250,000 the Bottom Amount will Be no Less than $150,000. also Both Correctional Officers relieved of Duty's at Kauai Community Corrections Center.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this 29th day of April, 15.
(month) (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8